No. 00–607. GRAY *v.* UNITED STATES, *ante,* p. 919;

No. 00–1163. BASS *v.* BOARD OF MEDICAL EXAMINERS OF NEVADA, *ante,* p. 921;

No. 00–1223. IN RE BRAUN, *ante,* p. 940;

No. 00–1271. TAYLOR *v.* HENDERSON, POSTMASTER GENERAL, *ante,* p. 923;

No. 00–6686. HU *v.* LEADERSHIP COUNCIL FOR METROPOLITAN OPEN COMMUNITIES ET AL., *ante,* p. 959;

No. 00–7417. GASTON *v.* POWELL, WARDEN, 531 U. S. 1130;

No. 00–7444. GLAUNER *v.* GRIGAS, 531 U. S. 1163;

No. 00–7470. SWEED *v.* COUNTY OF EL PASO ET AL., 531 U. S. 1165;

No. 00–7615. RHODES *v.* NEWLAND, WARDEN, 531 U. S. 1171;

No. 00–7690. SAMUELSON *v.* IDAHO, 531 U. S. 1173;

No. 00–7753. WICKS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 909;

No. 00–7808. SWANN *v.* UNITED STATES, 531 U. S. 1176;

No. 00–7820. COOPER *v.* CALIFORNIA, *ante,* p. 910;

No. 00–7873. MINCEY *v.* HEAD, WARDEN, *ante,* p. 926;

No. 00–7952. FRANZA *v.* STINSON, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, *ante,* p. 929;

No. 00–7996. MINNIECHESKE *v.* FARREY, WARDEN, ET AL., *ante,* p. 930;

No. 00–8007. CARTER *v.* TESSMER, WARDEN, ET AL., *ante,* p. 930;

No. 00–8094. CARTER *v.* DUNCAN, WARDEN, ET AL., *ante,* p. 932;

No. 00–8095. CHAPMAN *v.* UNITED STATES, *ante,* p. 932;

No. 00–8117. PETRICK *v.* FLORIDA, *ante,* p. 932;

No. 00–8141. EDWARDS *v.* BELL, *ante,* p. 946;

No. 00–8173. IN RE DAVIS, 531 U. S. 1142;

No. 00–8186. HADDEN *v.* UNITED STATES, 531 U. S. 1201;

No. 00–8189. FEASTER *v.* BESHEARS, WARDEN, 531 U. S. 1201;

No. 00–8249. ASHWAY *v.* HATCHER, WARDEN, ET AL., *ante,* p. 911;

No. 00–8598. TUCKER *v.* MOSSING, CLERK, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA, ET AL., *ante,* p. 964;

No. 00–8713. VIVONE *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, *ante,* p. 965; and

No. 00–8777. IN RE CANNON, *ante,* p. 940. Petitions for rehearing denied.

No. 00–7064. McDOW *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY, 531 U. S. 1095. Motion for leave to file petition for rehearing denied.

MAY 21, 2001

No. 00–8391. COLLAZO-APONTE *v.* UNITED STATES. C. A. 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey,* 530 U. S. 466 (2000).

No. 00–9054. COREY *v.* MENDEL ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–9491. JOHNSON *v.* WYOMING. Dist. Ct. Wyo., Laramie County. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00A801. NABATANZI *v.* IMMIGRATION AND NATURALIZATION SERVICE. Application for stay of deportation, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–2246. IN RE DISBARMENT OF MAGUIRE. Disbarment entered. [For earlier order herein, see 531 U. S. 1139.]

No. D–2250. IN RE DISBARMENT OF DEAN. Disbarment entered. [For earlier order herein, see 531 U. S. 1188.]

No. 00M91. McMILLAN *v.* ROE, WARDEN;
No. 00M92. SARRACINO *v.* UNITED STATES; and